JOHN MARDIS v. E. B. REEDER AND KLETTE.

**Ejectment—Claim by Long Occupancy—Muniments of Title not Considered.**
Where land is claimed by long occupancy, and the verdict of the jury is founded on that ground alone, the question of documentary evidence of title need not be considered.

APPEAL FROM KENTON CIRCUIT COURT.

November 20, 1869.

OPINION OF THE COURT BY JUDGE ROBERTSON:

After the appellees and those under whom they claim had

enjoyed, for about thirty years, the continuous possession of a large tract of land in Kenton county granted in 1786, by Virginia to Henry Field, the appellant, without proof, of possessory or documentary title, took and still forcibly holds a portion of it for the restitution of which the appellees obtained a verdict and judgment in this action of ejectment.

The appellees claim by derivative conveyances from persons claiming to have been the devisees of the patentee, and also by long occupancy; and the verdict was demonstrably founded on the latter ground alone and authorized by the evidence.

It is useless, therefore, to consider the questions discussed concerning the will and the conveyances introduced on the trial and extensively argued in this court; for however we might dispose of any of those questions, the verdict is right and could not have been superinduced by any error in the rulings of the circuit court respecting documents, and there is no plausible pretense of error in its decisions respecting the question of possession.

Wherefore, without unnecesary elaboration, this court affirms the judgment of the circuit court.

*Carlisle & O'Hara,* for appellant.

*Stevenson & Myers,* for appellees.